FILED
Asheville
Sep 29 2025
U.S. District Court
Western District of N.C.
1:25-cv-332-MR

US DISTRICT COURT
WESTERN DISTRICT OF NC

RABBI DEAN HOLCOMB
  VS.

C/A # TO BE ASSIGNED

STATE OF NORTH CAROLINA
TRANSYLVANIA COUNTY DISTRICT ATTORNEY
~~JUDGE~~ MATT BRITTAIN

ON OR ABOUT JUNE 15, 2025 PLAINTIFF WAS ASSAULTED BY HIS SISTER & ~~ROOMMATE~~ HOUSEMATE TIFFANY TESO. THE ASSAULT WAS RECORDED ON MY iPHONE AND THE RECORDING IS GPS LOCATION ENABLED WITH A TIME STAMP. I ALSO EMAILED THE RECORDING TO MYSELF. TESO IS CLEARLY THE AGGRESSOR AND I DID NOTHING WRONG NOR USED ANY PROFANITY. A RECORDING WILL SHOW THAT AT THE END OF TESO'S TYRAID I GOT IN THE CAR AND THE SEAT BELT WARNING IS CLEARLY HEARD. AROUND 5 MINUTES LATER I AM AT THE SHERIFF'S OFFICE AND TAKE OUT A 50B RESTRAINING ORDER FOR ASSAULT VIA HITTING ME IN THE FACE AND THREATENING MY LIFE WITH A LARGE CHEF'S KNIFE. THE MAGISTRATE ISSUED THE 50B AND TESO WAS SERVED A FEW HOURS LATER I BELIEVE.

TESO WENT BACK TO THE MAGISTRATE AND OBTAINED A CRIMINAL WARRANT FOR "FALSE IMPRISONMENT" A CLASS I MISDEMEANOR WITH A MAXIMUM SENTENCE OF 45 DAYS WITH MY RECORD. MY SISTER IS NOT ABOVE PERJURY SEE RESPONSE IN TESO V. HOLCOMB ~ FEB 14, 2025 TRANSYLVANIA COUNTY WHERE I GIVE THE COURT CLEAR & COMPELLING EVIDENCE OF HER PERJURY. TESO IN OBTAINING

THE 50B RESTRAINING ORDER HAD/HAS ZERO EVIDENCE OF BAD, IMMORAL OR ABUSIVE BEHAVIOR ON MY PART, YET I HAVE AMPLE TEXTS TO SHOW HER CHARACTER. IN HER 50B SHE CLAIMS I SHOT AND KILLED OUR FATHER IN 2007. THIS STATEMENT IS FALSE AND CAN BE VERIFIED BY CONTACTING MECKLENBURG COUNTY VITAL RECORDS IN CHARLOTTE, NC WHICH WILL CLEARLY STATE OUR FATHER DIED OF HEART DISEASE. THE GAFFNEY LEDGER NEWSPAPER ALSO STATED OUR FATHER DIED OF HEART DISEASE AND NOT FROM A GUNSHOT. THE SHOOTING INCIDENT WAS RECORDED ON MY OFFICE'S CAMERAS MY FATHER PULLED HIS PISTOL TO SHOOT ME IN THE FOOT HE EVEN SAID "I'M GOING TO SHOOT YOU IN THE FOOT". I PUSHED THE PISTOL IN THE STRUGGLE AND IT FIRED A ROUND INTO HIS STOMACH. HE MADE A STATEMENT TO THAT EFFECT TO STATE LAW ENFORCEMENT SCED (SC) & CHEROKEE COUNTY SHERIFF'S OFFICE.

My SISTER ALSO COMMITTED PERJURY TO THE MAGISTRATE IN HAVING ME COMMITTED TO A MENTAL HOSPITAL - JANUARY 14, 2025 SEE STATE v. HOLCOMB TRANSYLVANIA COUNTY WHERE DR JAMES WRIGHT I BELIEVE TOLD THE COURT THAT I HAD DONE TIME FOR HOMICIDE!

ALSO NOTE THE COURT IGNORED MY REQUEST FOR A CONTINUANCE FOR MEDICAL REASONS IN TESO v. HOLCOMB. TESO UNLAWFULLY EVICTED ME IN JANUARY 13, 2025 AND CONTINUED TO DEPRIVE ME OF INSULIN, ETC.

TESO IS INVOLVED IN CHILD PORNOGRAPHY AND HAS MADE EVERY EFFORT TO LABEL ME AS "CRAZY" B/C I HAVE BIPOLAR DISORDER WHICH IS FINE WITH MEDICATION AS PRESCRIBED AND "DANGEROUS" B/C I "KILLED OUR FATHER". TESO HAS COST ME TWO PART TIME JOBS AND DESTROYED MY AI AUTOMATION BUSINESS SEE HOLCOMB v. TESO & HOLCOMB v. HEXONDA SYSTEMS TRANSYLVANIA COUNTY JAN 14 2025

TESO CLAIMS THAT HER CHILD PORN ORG. IS BLACKMAILING A SUPERIOR COURT JUDGE AND I BELIEVE HER. TESO HAS DEPLETED ALL MY USD RESERVES TO ZERO VIA STRAIGHT UP THEFT OF MY SAFE AND UNLAWFUL USE OF A POWER OF ATTORNEY. SHE AND HER BOYFRIEND JOHN BROWN (SHE IS MARRIED TO CHRIS FISHER WHO OWNS THE LOCAL SHOOTING RANGE WHERE THE SHERIFF'S OFFICE PRACTICES) HAVE THREATENED MY LIFE AND PROGENY.

    I WAS ARRESTED IN THE AM OF JUNE 16, 2025 AND WENT BEFORE MAGISTRATE WAYNE BROWN AND GIVEN A $1,000 BOND. I WAS NOT GIVEN A COPY OF THE WARRANT (SEE BOOKING VIDEO). UNABLE TO OBTAIN BOND VIA A BONDSMAN B/C OF THE CIVIL COMMITMENT I SENT THE CLERK AND DA MOTIONS FOR A FAST & SPEEDY TRIAL AND DISCOVERY AROUND TWO WEEKS INTO JAIL, SEE KIOSK WHERE I ASK FOR ADDRESSES AND CAMERA WHEN I PLACED TWO ENVELOPES.

    AT THE JULY HEARING THE MALE DA TOLD THE COURT "I DIDN'T RECEIVE ANYTHING!" I ACCEPTED A COURT APPOINTED LAWYER KNOWING THE FIX WAS IN. I ALSO KNEW I ONLY HAD 2 WEEKS UNTIL I MAXED OUT THE CHARGE VIA THE JAIL KIOSK LEGAL RESEARCH. YET THE 46TH DAY CAME, NO REPLY FROM ATTORNEY NATHAN STALLINGS. I HAVE SENT NUMEROUS LETTERS ALL TO NO AVAIL. STALLINGS IS GUILTY OF MALPRACTICE ON DAY 46 AT THE LEAST. A MID ~~JULY~~ AUGUST COURT DATE HAD ME NOT GO TO COURT BUT NUMEROUS OTHERS WENT TO COURT SEE JAIL VIDEO.

I REALIZED ON THE AUGUST COURT DATE BEING MISSED I WOULD DO ~93 DAYS ON A CHARGE THAT HAS A MAX OF 45 DAYS. I BEGAN A JOURNEY INTO INSANITY. I TAKE SEROQUEL FOR BIPOLAR W/ PSYCHOTIC FEATURES TO BE TAKEN <u>AT BEDTIME</u>. THIS MEDICATION HAS WORKED FOR OVER 20 YEARS, CHANGES HAVE BEEN DISASTOROUS. TCDC PROVIDES AM MED PASS AND ~3-4PM MED PASS ONLY. I GOT CAUGHT CHEEKING MY MEDS ABOUT DAY 45 IRONICALLY. I REFUSED THE MEDS FOR 3 REASONS ① I GO TO SLEEP ~20 MINUTES AFTER TAKING OFTEN SLEEPING THROUGH DINNER ② FORCED TO STAND UNDER THREAT OF FORCE ③ I SLEEP FROM ~4PM UNTIL ~11PM WHICH IS LIGHTS OUT AND MUST LAY AWAKE IN THE DARK A 8th AMENDMENT VIOLATION ACCORDING TO WESTLAW RESEARCH PROVIDED BY TCDC BUT WAS STOLEN!

I WAS "WRITTEN UP" FOR CHEEKING THE MEDICATIONS. THE WRITE UP IS UNCONSTITUTIONAL FOR ABOUT A DOZEN REASONS. ① IT DOES NOT DESCRIBE THE ALLEGED INCIDENT ② IT HAS BOXES FOR AN OFFICER TO CHECK ③ THE "IMPARTIAL HEARING" IS ANOTHER SHIFT ④ YOU DON'T GET TO SEE THE OFFICER'S REPORT ⑤ CAN'T USE VIDEO IN YOUR DEFENSE ⑥ LOCK DOWN RELEASE DATE ASSUMES GUILT ⑦ OF MY 8-9 WRITE UPS ONLY ONE WAS SIGNED AFTER I REQUESTED ⑧ APPEAL PROCESS TAKES UP TO 15 BUSINESS DAYS OR <u>19 DAYS</u> SEE PACER.GOV I SENT A 1983 ACTION I'M NOT SURE ARRIVED.

I KEEP KOSHER BEING AN ORDAINED RABBI SINCE 1993. ON OR ABOUT DAY 63 I GOT TIRED OF THE ANTISEMITIC AND OFFENSIVE ABUSIVE LANGUAGE USED BY STAFF AND INMATES ALIKE. I ALSO DECIDED I WOULD NOT STAND FOR COUNT A "BEHAVIOR MODIFICATION" TECHNIQUE SEE TCDC HANDBOOK ON BEHAVIOR MODIFICATION

Around day 63 I confronted a couple of neo nazis w/ face tatoos and called their bluff. The cowards did nothing as expected despite me being 2xs their age @ 55. Ofc. Rodriguez had some things to say see c/a # 1:25-cv-285-MR (PACER) Holcomb v. Rodriguez, et al. After competing my lockdown I was denied the ability "to eat w/ the Gentiles" by Ofc. Vacher see c/a above. Some # of Nights later I don't remember I got into a screaming match w/ neo nazi Arole (sp?) the next cell to mine & others. I was the only one written up. The next AM I was taken to booking into the "behavior modification" cell which had been described to me earlier from the disciplinary cell block. This is TCDC enhanced punishment past disciplinary. 3 officers Cpl Brown, Foster & Plumley escorted me to cell #1 of the garage sally port, magistrates office, fingerprinting etc. The cell had the night light on 24 hours a day you are unable to read a bible or anything I was told by inmate Bettemont (sp?) that he spent 3+ months there in those conditions and that he did 6 months past his maximum sentence.

Officer Foster handed me a styrofoam tray labeled "Kosher" but is not kosher I threw the tray on the floor it opened and around 4 oz of dry corn flakes and a piece of toast came out. Foster wrote me up for assault on an officer and gave me 30 days lockdown. About a week later I received 7 misdemeanor charges for assault on an officer 5 counts — 2 are duplicates and 2 counts of misdemeanor threatening an officer 1 is a duplicate I was served a $10K bond

By being woke up by a woman who did not identify herself. None of the process of my first arrest was done - no max sentence info, lawyer waiver or phone call was given.

My life was threatened by Deputy Tucker the day after I made a report to Brevard PD about Teso's child porn in about a 15 minute interview see C/A 1:25-CV-310-MR <u>Holcomb v. McCall</u> et. McCall said via kiosk after I requested the FBI address to report child porn - <u>that the claim was frivolous</u>

I was held in the dark maybe ~6 days I was then sent a few cells over to the "rubber room" a cell with a hole in the floor for a toilet - no sink - no toilet paper - no bible. You urinate it sprays all over your feet & legs. You must beg for water I'm diabetic and constantly thirsty. You are stripped naked given a suicide smok and blanket <u>NO MATTRESS</u> you sleep on concrete      SEE VIDEO →

After ~24 hours I went to mental health via video ~15 minutes and returned to cell #1 which the lights were "fixed" but my legal work & bible were waterlogged and key west law docs were missing including the sentencing statutes, kosher federal standards and 8th amend on issuing psych meds as prescribed - 4 legal envelopes sealed and deemed worthless by TCDC

I was then taken to SEE VIDEO video court before clerk of court Brown where I stated I wanted to be pro se she made it difficult to speak and kept saying "your lawyer" etc. but finally said get him a waiver of counsel form - I refuse to sign a blank form & she said to talk with the judge tomorrow

The next morning I went before District Court Judge Matt Brittain when I tried to assert my 6th Amendment right & <u>Farretta v. California</u> Judge Brittain said something to

the affect of "I love video court b/c I can mute him" a violation of my 1st Amendment & 14th Amendment. Brittain then instructed CPL Brown to quiet me and then Brown assaulted me by jerking me around. Brittain raised the bond to $20k. He appointed Stallings again.

I obtained a flex pen and sent off c/a(s) 1:25-cv-285-MR & 1:25-cv-310-MR (I hope is what I call the child porn/torture suit vs ~35 defendants) I received case #285 on Thursday which was opened on both ends with two sticky notes explaining that it came in that way. I shared the suits info with everybody hoping to stop the abuse and sent a request on the kiosk to be moved back to booking for video documentation and that all officers engage their body cam videos all to no avail.

~~On Thursday Sept~~ On Wedsday Sept 11th??? I was taken from disciplinary cell back to the rubber room. I was told I was being charged with assault on officer Rodriguez with a toilet bowl brush via the bean hole. I was not given a warrant. I was stripped violantly and placed in a suicide smok and given a blanket. Sometime later deputies brought a laptop to the door where Clerk of court Brown appeared I requested they drop it to the bean hole so I could see & hear - refused. She went on about having an attorney I kept saying Farretta v. California she asked if I had been served I said no but Deputy Clark stated "Yes madaam Clerk, last night". I had never seen Clark before. How would he know and can a deputy just blurt stuff out? In Transylvania of course.

LATER THAT NIGHT A MAN CLAIMING TO BE A MAGISTRATE CAME TO THE DOOR AND SAID HERE IS ANOTHER ASSAULT ON AN OFFICER CHARGE I ASKED IF I COULD READ IT HE HELD IT TO THE WINDOW I SAID I NEED MY GLASSES HE SAID "TOO BAD" I ASKED IF IT WAS A MISDEMEANOR HE SAID YES AND SAID BOND WOULD BE SET IN NOVEMBER. THE DOCS WERE PLACED IN A FILE HOLDER BOX ON THE DOOR. I WAS NOT SERVED. NO PROCESS LIKE ~~ALSO ON MONDAY BEFORE~~ MY FIRST ARREST NOR THE DOZENS I OBSERVED WHILE IN CELL #1. NO PHONE CALLS GIVEN.

ON MONDAY 14, 15,th OF SEPT ??? OFC. AROLLOTA SHOWED ME A ~~LARGE~~ LEGAL ENVELOPE FROM THE DISTRICT COURT SHE WOULD NOT LET ME READ IT WELL ~~I CAN'T~~ NO GLASSES ~~????~~ BUT I DID GET THE C/A # 1:25-CV-310-MR

I REQUESTED MY GLASSES, LEGAL WORK & BIBLE EVERY DAY ~~FOR~~ FOR ~ A WEEK AND TOLD THEY WERE A CHOKING HAZARD. I TOLD MENTAL HEALTH 2xS I WAS NOT SUICIDAL. ACTUALLY I AM QUITE HOPEFUL I HAVE A VERY POWERFUL JUDGE LOOKING AT TRANSYLVANIA COUNTY JUSTICE SYSTEM.

ON WEDSDAY 17th ??? CAPTAIN QUEEN WHEN ASKED ABOUT MY LEGAL WORK SAID "WHAT LEGAL WORK?" GLASSES? "WHAT GLASSES?" HE THEN STATED THAT MY 5 AFFIDAVITS WERE GONE AND THAT NO COURT WOULD ACCEPT STATEMENTS ON SCRAP PAPER. HE CLOSED WITH "WE ARE GOING TO BREAK YOU," McCALL'S GO TO STATEMENT

On Thursday the 18th of Sept ?? day 93 on a 45 day charge was court day!!! I saw men taken to court once again but not me! I saw them return. After lunch Attorney Nathan Stallings appeared at my door He stated that he, the judge & Prosecutor had a discussion mainly about my behavior in the jail and that I must comply. I asked Lt. McCall who was sitting across from me to be moved to a private office He refused and listened to my whole conversation with the most incompetent lawyer ever! Here's why. He acknowledged receiving my letters starting on day 35-36 or so but did not take the time to obtain the audio file from my phone in TCDC property or to get my email & password to show the DA. He did not have the discovery aka TESO's statement. He had not requested to see the video of "assault" via 402 of cornflakes. He said how about 93 days time served – I said I want a trial He said it would take over a year. I asked with only 30 pretrial detainees in jail??? I told him He was fired He said the judge will not allow it I cited <u>Farretta</u> He said he was not familiar?? I said he was guilty of malpractice He laughed at me. I pointed to the torture

9 of 14

Room and described the conditions not even terrorists are denied a Koran. He said no Western NC judge would question a Sheriff on jail conditions. When he left McCall laughed and said see "We'll Break You"

On Friday the 19th ??? 2025 Deputy Smith woke me and said do you want a shower - "Yes, Please!!" It had been over 11 days. Smith gave me a uniform and then told me I was going to another facility. I asked about my legal work and glasses to Smith, Godinez, Galloway & Justus. <u>NO REPLY</u> I pointed at the file folder on the door "May I have my legal mail, warrants & bonds, please?" <u>NO REPLY</u> (SEE JAIL VIDEO!)

I arrived at "Central" Prison in Raleigh with nothing! I was asked politely to put on boxers, a t-shirt, shoes, socks & a jumpsuit. I was seen by medical then asked to put on suicide smok but allowed to keep boxers & t-shirt!!! I am in a cell with a <u>mattress, toilet & water & toilet paper, a bible, paper, crayons, a library book</u> <u>AND THIS IS SUICIDE WATCH</u>

I HAVE BEEN HERE FOUR & HALF DAYS AND WAS NOT SCENE MUCH ON WEEKEND I AM NOW OFF SUICIDE WATCH. THE PSYCHIATRIST SAID TRANSYLVANIA COUNTY JAIL's RUBBER ROOM & TREATMENT SOUNDS LIKE SOMETHING IN IRAQ!!!! I AM STILL A PRETRIAL DETAINEE! 8TH AMEND. CRUEL & UNUSAL <u>PUNISHMENT</u> WHY AM I BEING <u>PUNISHED</u>? I AM NOW WORKING ON MY 3RD SENTENCE FOR A CLASS 1 MISDEMEANOR w/ 1 DAY IN A COURT ROOM! INMATE IN CELL #1404 RECEIVED LEGAL MAIL TODAY AND IT WAS <u>UNOPENED</u> BY THE STATE. HE ALSO HAS HIS LEGAL WORK BUT NO OTHER PROPERTY. TCDC CAN SCREAM "SUICIDE THREAT" AND TORTURE ME A ~16oz FLUID RATION IS HIGHLY ILLEGAL A DOG GETS MORE AT A KILL SHELTER. TCDC's PRETRIAL STANDARDS ARE FAR BELOW STATE PRISON STANDARDS REGARDING MENTAL HEALTH AND ACCESS TO MY LEGAL MATERIAL. TAKING MY GLASSES IS CRUELTY BEYOND BELIEF IT HURTS MY HEAD TO READ MY LARGE PRINT BIBLE MY HANDWRITING IS BLURRY AND ALSO HURTS MY EYES

## RELIEF

1. A JURY TRIAL TO BE SCHEDULED WITHIN 60 DAYS ON EACH AND EVERY ALLEGED INCIDENT. 2 HOURS EACH NO PROBLEM INC. VOIR DIRE. TRANS. COUNTY HAS ONLY AROUND 30 PRETRIAL DETAINEES. I HAVE WITNESSED DAYS IN A ROW WITHOUT A SINGLE ARREST MORE THAN ONCE

THE STATE CAN NOT POSSIBLY JUSTIFY NOT GIVING ME MY DAY IN COURT. IN FACT NOW THAT I THINK ABOUT IT PUT ALL CHARGES INTO ONE JURY. I NEED STAND BY COUNSEL OR A PARALEGAL TO SUBPOENA MY MENTAL HEALTH TEAM FROM ACROSS THE STREET OF THE COURTHOUSE FOR ABOUT 30 MINUTES AND THEY WILL DESTROY THE STATE'S CASE OF "ASSAULT" VIA CORN FLAKES, ETC. INCLUDE THE NAZI AND "WE ARE GOING TO BREAK YOU" WITNESSES I'LL TAKE MY CHANCES ON AT LEAST ONE "NOT GUILTY" — ADD THE RUBBER ROOM AND "BEHAVIOR MODIFICATION" CELL, ETC.

2. A FEDERAL COURT ORDER TO THE STATE TO ALLOW ME TO PROCEED PRO SE

3. A FEDERAL COURT ORDER TO CENTRAL PRISON FOR ACCESS TO WESTLAW VIA A TABLET 24 HRS A DAY

4. COURT ORDER FOR COPY SERVICE

5. COURT ORDER FOR SPECIAL COUNSEL AS A PROSECUTOR

6. THE COURT TO REVIEW THE VIDEO WHERE JUDGE BRITTAIN MUTED ME REQUESTING PRO SE AND A DECLARATORY JUDGMENT THAT THIS VIOLATED MY FEDERAL CONSTITUTIONAL RIGHTS & HE IS OPEN TO CIVIL LIABILITY!

7. DECLARATORY JUDGMENT STATING THE "RUBBER ROOM" IS CRUEL & UNUSUAL PUNISHMENT & MUST BE CLOSED ASAP.

8. DECLARATORY JUDGMENT STATING TAKING OF GLASSES AS 8TH AMEND VIOLATION

9. DECLARATORY JUDGMENT STATING DENYING ACCESS TO SCRIPTURE UNDER THE EXCUSE OF IT BEING A "CHOKING HAZARD" IS A 1ST & 8TH AMEND VIOLATION

10. DECLARATORY JUDGMENT STATING HAVING A PERSON SERVE OVER 120+ DAYS ON CHARGE THAT HAS A MAX OF 45 DAYS VIOLATES THE 14TH AMEND.

11. DECLARATORY JUDGMENT RE: SECRET MEETING ON SEPT 18TH??? VIOLATES 1ST, 6TH, 8TH & 14TH AMENDMENTS AND OPENS THE JUDGE, DA & DEFENSE ATTORNEY ALL TO CIVIL LIABILITY VIA 1983, CONSPIRACY RICO ETC.

13 of 14

12. DECLARATORY JUDGMENT STATING GIVING PSYCH MEDS @ 3-4PM WHICH ARE PRESCRIBED AT BEDTIME VIOLATES 8th AMEND.

13. DECLARATORY JUDGMENT STATING THE THEFT/DESTRUCTION ON EVIDENCE & LEGAL WORK BY TCDC VIOLATES 1st, 6th, 8th & 14th AMENDMENTS

14. DECLARATORY JUDGMENT AFTER VIEWING ME URINATE & DEFECATE VIDEOS THAT THIS VIOLATES P.R.E.A.

15. ORDER TO STATE OF NC APPOINTING A JUDGE FROM ANOTHER AREA THAN WESTERN N.C.

16. PRISON TO EXPEDITE GLASSES

17. ANY OTHER RELIEF THIS COURT DEEMS JUST AND PROPER INCLUDING A HABEAS CORPUS

RESPECTFULLY & PRAYERFULLY

RABBI [signature]

14 of 14    SEPT 23, 2025