# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dean Alton Holcomb**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff, | **)** | 1:25-cv-00332-MR |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| State of North Carolina, et al**,** | **)** **)** | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 13, 2025 Order.

November 13, 2025

Katherine Hord Simon, Clerk
United States District Court